IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS BARKLEY,**<br><br>              Petitioner,<br><br>     v.<br><br>**MATTHEW CATE, Director, California Department of Corrections and Rehabilitation,**<br><br>              Respondent. | Case No. C 11-01269 CW (PR)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |

GOOD CAUSE APPEARING, respondent is granted leave to file a memorandum of points and authorities in support of the Answer to Petition for Writ of Habeas Corpus in excess of 25 pages.

Dated: 1/13/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE